C. R. Barclay, Trustee
P. O. Box 26099
Santa Ana, CA 92799
Telephone: (714) 415-4040
Email: barclay7trustee@lecg.com

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## RIVERSIDE DIVISION

| | |
|---|---|
| In re | ) Case No. 6:05-18364-PC |
| | ) Chapter 7 |
| MANUEL M MARISCAL | ) |
| | ) **NOTICE OF UNCLAIMED** |
| | ) **DIVIDENDS** |
| | ) **3011** |
| Debtor. | ) |
| | ) |

**TO MICHAEL E. ROTBERG, CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

Please find annexed hereto Check No. 49 in the amount of $6.69, Check No. 50 in the amount of $7,398.17, Check No. 51 in the amount of $3,551.99, Check No. 52 in the amount of $3,860.39, Check No. 53 in the amount of $298.37, Check No. 54 in the amount of $4,069.75, Check No. 55 in the amount of $2,645.19, Check No. 56 in the amount of $151.69, Check No. 57 in the amount of $6.11, and Check No. 58 in the amount of 54.23, which represents the amounts of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in the bank account. Said funds are paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es) and amount(s) to be paid to each claimant entitled to said unclaimed dividend is attached.

-1-

1 | Dated: January 12, 2010
2
3 | /s/ C.R. Barclay
4 | _____
  | C. R. BARCLAY
5 | Chapter 7 Trustee
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# ATTACHMENT NO. 2

## LISTING OF DIVIDEND PAYMENTS
### (EACH CREDITOR CLASS SHOULD BE LISTED SEPARATELY)

CLASS OF CREDITOR BEING PAID:    Notice of Unclaimed Dividends - 3011

PERCENTAGE PAID ON CLAIM:    41.81250 %

AMOUNT/BALANCE TO DISTRIBUTE:    $22,662.89

| CLAIM NUMBER | NAME & ADDRESS OF CLAIMANT | AMOUNT OF ALLOWED CLAIM | INTERIM PAYMENT | AMOUNT OF DIVIDEND |
|---|---|---|---|---|
| 000010 | MERVYN'S<br>P.O. BOX 981064<br>EL PASO, TX 79998 | $16.00 | $0.00 | $6.69 |
| 000011 | MBNA AMERICA<br>C/O: NCO 99<br>P.O. BOX 41466<br>PHILADELPHIA, PA 19101 | $17,704.00 | $0.00 | $7,398.17 &<br>***$151.69 |
| 000014 | FIRST USA BANK<br>800 BROOKSEDGE BLVD.<br>WESTERVILLE, OH 43081 | $8,500.00 | $0.00 | $3,551.99 |
| 000018 | CITIBANK USA/SEARS<br>C/O RISK MANAGEMENT ALT<br>P.O. BOX 105324<br>ATLANTA, GA 30348 | $9,238.00 | $0.00 | $3,860.39 |
| 000019 | CINGULAR WIRELESS<br>P.O. BOX 8229<br>AURORA, IL 60572 | $714.00 | $0.00 | $298.37 &<br>***$6.11 |
| 000020 | CHASE BANK<br>P.O. BOX 15919<br>WILMINGTON, DE 19850 | $9,739.00 | $0.00 | $4,069.75 |
| 000023 | BANKVEST<br>41 BEACON ST. STE 203<br>FRAMINGHAM, MA 01701 | $6,330.00 | $0.00 | $2,645.19 &<br>***54.23 |
| 000022 | BOND CORP.<br>C/O CBCS<br>4764 FULTON ST. E<br>ADA, MI 49301 | $1,485.00 | $0.00 | $620.31 |
| | **TOTALS:** | **$53,726.00** | **$0.00** | **$22,662.89** |

CASE NUMBER:    6:05-18364-PC

CASE NAME:    MARISCAL, MANUEL M

\* Total also includes employee taxes withheld.

***Per Notice of Intent to Disburse Funds Pursuant to Amended Proposed Distribution filed on November 3, 2009

Main Document    Page 4 of 4

| In re<br>MANUEL M MARISCAL<br>Debtor(s). | CHAPTER 7<br><br>CASE NO.: 6:05-18364-PC |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

P. O. Box 26099, Santa Ana, CA  92799

The foregoing document described **NOTICE OF UNCLAIMED DIVIDENDS 3011** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On January 12, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at email address(es) indicated below:

Christopher R. Barclay          barclay7trustee@lecg.com
United States Trustee (RS)      ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL:**
On January 12, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Honorable Peter H. Carroll
United States Bankruptcy Court
3420 Twelfth Street, Suite 365
Riverside, CA 92501

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY:**
Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


| January 12, 2010 | Mary Lou Cunanan | /s/ Mary Lou Cunanan |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                              F 9013-3.1